463 A.2d 35

Commonwealth v. White, Appellant.

Submitted March 8, 1982. George W. Westervelt, for appellant; Edmund Gerald Flynn, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.